UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK WRIGHT, | Case No.: 14-CV-01188-LHK |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| GUARDSMARK, LLC, | |
| Defendants. | |

Clerk:  Martha Parker Brown    Plaintiff's Attorney: Larry W. Lee
Reporter:  Lee-Anne Shortridge    Defendant's Attorneys: Martin D. Bern and Malcolm A. Heinicke

  An initial case management conference was held on August 13, 2014.  A further case management conference is set for December 3, 2014, at 2:00 p.m.

  The Court requested that in the parties' next Joint Case Management Statement, the parties propose an agreed-upon trial schedule.

  The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES is October 15, 2014.

DEADLINE TO FILE A CLASS CERTIFICATION MOTION is March 27, 2015. The hearing is set for May 28, 2015 at 1:30pm.

  OPPOSITION: April 24, 2015

  REPLY: May 8, 2015

**IT IS SO ORDERED.**

Dated: August 13, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-01188-LHK
CASE MANAGEMENT ORDER